UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARC RISPERS,
                Petitioner,

v.

MICHAEL CAPRA,
                Respondent.
--------------------------------------------------------------x

**ORDER**

18 CV 4604 (VB)

        On October 26, 2021, Magistrate Judge Davison issued a report and recommendation ("R&R"), recommending the habeas petition be denied. The R&R stated that, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of the R&R to file written objections. (Doc. #11). Thus, objections were due November 12, 2021. See Fed. R. Civ. P. 6(d) (adding three additional days when service is made by mail); Local Civil Rule 6.1(b).

        To date, petitioner has not filed any objections.

        Given petitioner's pro se status, the Court sua sponte extends to December 13, 2021, petitioner's time to file objections to Magistrate Judge Davison's R&R. Respondent's deadline to file responses to the objections, if any, is December 27, 2021. **If petitioner fails to file objections to the R&R by December 13, 2021, he will not be granted another opportunity to object to the R&R, and the Court will decide in due course whether to adopt the R&R.**

        Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: November 16, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge