UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARC RISPERS

                                  Petitioner,                          18 **CIVIL** 4604 (VB)

             -against-                                    **JUDGMENT**

MICHAEL CAPRA

                                Respondent
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 21, 2021, the Court adopts the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED; accordingly, this case is closed.

      As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005).

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**Dated:**  New York, New York
          December 21, 2021

                                                          **RUBY J. KRAJICK**
                                                           Clerk of Court
                                      **BY:**
                                                             Deputy Clerk